**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6739**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

EVAN FOREMAN,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:11-cr-00398-JKB-3)

───────────

Submitted:  December 18, 2025               Decided:  December 23, 2025

───────────

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Evan Foreman, Appellant Pro Se.  David Christian Bornstein, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evan Foreman appeals the district court's order denying his fifth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against Foreman's release. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Foreman*, No. 1:11-cr-00398-JKB-3 (D. Md. Aug. 19, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
